**Donna (Martinez) CAMPBELL,
Respondent,**

v.

**Gualberto MARTINEZ, Appellant.**

**No. WD 42717.**

Missouri Court of Appeals,
Western District.

June 26, 1990.
Rehearing Denied July 31, 1990.

Gualberto Martinez, Kansas City, pro se.

K. Elizabeth Davis, Div. of Child Support
Enforcement, Liberty, for respondent.

Before MANFORD, P.J., and
KENNEDY and ULRICH, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of a motion
to quash garnishment of wages for child
support payments.

Affirmed. Rule 84.16(b).